# THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

Dr. Teresa Hilliard-Crawford )
615 Quackenbos St., NW )
Washington, DC 20011-1229 )
)
**Plaintiff,** )
)
v. )
)
Honorable John M. McHugh )
Secretary of the Army )
101 Army Pentagon )
Washington, D.C. 20310-0101 )
)
and )
)
United States of America )
)
**Defendants.** )

Case: 1:10-cv-00484
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/24/2010
Description: TRO/PI

## MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

NOW COMES Dr. Hilliard-Crawford with a motion for temporary restraining order and injunctive relief barring her termination pending court and EEO review of her allegations that her termination was in retaliation for her filing an EEO complaint against her supervisors, Lieutenant Colonel (Ltc.) Christine L. Edwards, and Colonel (Col.) Dale K. Block.

Absent court intervention, Dr. Hilliard-Crawford will have no remedy given that Colonel Block has thwarted the usual appellate process by obtaining authority to be the "deciding authority" as to her permanent termination.[1]

---

[1] This unauthorized procedure of permitting Colonel Block to terminate Dr. Hilliard-Crawford disregards her property interest in 20 years of employment, her rank, position and benefits of employment and disregards Constitutional protections for a forum to be heard, to confront, and counter allegations against her.

RECEIVED

MAR 2 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For cause, Dr. Hilliard-Crawford respectfully refers the court to the memorandum

filed herewith.  A proposed order is filed herewith.

Respectfully Submitted,

E. Scott Frison, Jr., Esq.
Bar No. 478092
Law Firm of E. Scott Frison, Jr.
1629 K. Street, NW Suite 300
Washington, DC 20036
240-398-9283
frisonlaw@aol.com,

# COVER PAGE

# THE LAW OFFICE OF E. SCOTT FRISON, JR.
## Attorney at Law

| | |
|---|---|
| *United States Supreme Court* | *U.S. District Court for District of Columbia* |
| *U.S. Court of Appeals for District of Columbia* | *U.S. District Court for Maryland* |
| *U.S. Court of Appeals Fourth Circuit* | *U.S. Tax Court* |
| *U.S. Court of Appeals for the Armed Forces* | *U.S. Bankruptcy Court* |

*Court of Appeals for District of Columbia*

March 22, 2010

**Via Facsimile**

Ms. Stephanie M. Sneed, Esq.
JAG Attorney
202-782-0977
202-782-5808

> Re: Hostile Work Environment (Race); Notice under Federal Tort Claims Act (Whistleblower, Title U.S.C. § 2302(b)(8); Title VII, Title 5 U.S.C. 7702(e), Title 42 U.S.C. § 1981, and Equal Pay Act.): Dr. Teresa Hilliard (Ltc.) v. Colonel Dale K. Block & Ltc. Christine L. Edwards

Dear Ms. Sneed,

Please find attached a copy of the filing sent to Department of the Army EEO Office. A separate complaint has been filed with the EEOC and I shall file a motion to enjoin the termination of Dr. Hilliard in Federal Court later today.

Yours Truly,

E. Scott Frison, Jr., Esq.



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONAIRE
## (WASHINGTON D.C. FIELD OFFICE)

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."**

**(PLEASE PRINT)**

MAR 19 P.M.

By WFO) am.

**1. Personal Information**

**Last Name**: Hilliard-Crawford,   **First Name**   Teresa,   **MI**: L
**Street or Mailing Address**:   615 Quackenbos St., NW,   Apt. or Unit #: _____
**City**:   Washington   **County**: _____   **State**: DC   **Zip**: 20011-1229
**Phone Numbers**:   Home:   (202) 726-2222   Work: (703) 692-8865
**Cell**: (_____) _____   **Email Address**: _____

**Date of Birth**: ____04/12/1962_____   Sex: Male ___ Female X   Race: African American
National Origin/Ethnicity: _____   Do you have a Disability?   Yes ___ No X

**Provide The Name Of A Person We Can Contact If We Are Unable To Reach You**:
**Name**: Ellis S. Frison, Jr., Esq.   **Relationship**: Attorney
**Address**: 1629 K St., NW, Ste. 300 City: Washington State: DC Zip: 20036 Phone: 240-398-9283

**I believe that I was discriminated against by the following organization(s): (Check those that apply)**
**Employer**   United States Army, TRICARE
**Union**            **N/A**            **Employment Agency**            **N/A**

**Allegation:**
1. Dr. Hilliard-Crawford complains that Lieutenant Colonel (Ltc.) Christine L. Edwards, and Colonel (Col.) Dale K. Block discriminated against her by denying her Equal Pay to that received by her male non-African American co-workers,  by denying her professional training authorized for her male non-African American co-workers, by denying her leave authorized her non-African American co-workers, and by charging her with AWOL and misrepresentation when she used her own leave to attend professional training routinely authorized non-African American co-workers.

2. Colonel Block and Ltc. Edwards subjected Dr. (Ltc.) Hilliard to a hostile work environment wherein they openly criticized her work ethic, undermined her authority to subordinates, and second guessed her management decisions as to her medical scheduling of patients.

# THE LAW OFFICE OF E. SCOTT FRISON, JR.
## Attorney at Law

*United States Supreme Court*                                          *U.S. District Court for District of Columbia*
*U.S. Court of Appeals for District of Columbia*                       *U.S. District Court for Maryland*
*U.S. Court of Appeals Fourth Circuit*                                 *U.S. Tax Court*
*U.S Court of Appeals for the Armed Forces*                            *U.S. Bankruptcy Court*
*Court of Appeals for Distnct of Columbia*

### March 19, 2010

### *Via Hand Delivery and First Class Mail*

Department of the Army
EEO Compliance &Complaints Review
1901 South Bell St.
Suite 109B
Arlington, VA 22202

>        Re:     Complaint as to Hostile Work Environment (Race); Whistleblower, Title U.S.C. §
>                2302(b)(8); Title VII, Title 5 U.S.C. 7702(e), Title 42 U.S.C. § 1981, and Equal
>                Pay Act.): Dr. Teresa Hilliard-Crawford v. Secretary of the Army et. al..

Dear DA EEO Compliance Officer,

        I represent Dr. Teresa Hilliard-Crawford, a career federal employee, podiatrist, assigned
to DiLorenzo TRICARE Health Clinic, U.S. Army Medical Department, Pentagon. Dr. Hilliard-
Crawford is a reserve Lieutenant Colonel (Ltc.) and has served the Nation in and out of uniform
with distinction for over twenty years.  Her most recent active duty deployment was in support of
the Haiti Relief effort.

        Dr. Hilliard-Crawford claims violation of her rights to protection under the Whistleblower's
Act for complaining about inappropriate and discriminatory behavior in the workplace.  She also
claims to be a victim of workplace racial and gender discrimination in retaliation for having
complained of sexual harassment and hostile work environment.  She has now been given
NOTICE of the ultimate tangible employment action or termination effective March 23, 2010 also
in retaliation of her protected speech about workplace discrimination.  Dr. Hilliard-Crawford
claims violations of Title 42 U.S.C. § 1981, Title VII, and the Equal Pay Act.[1]

---

[1] Dr. Hilliard-Crawford was hired in 1992 as a GS 12.  Despite outstanding performance as a surgeon, department
manager, and department staff officer, she remains a GS 12.  During her twenty (+) years of service, she has
observed less qualified non-minorities and male counterparts promoted past her, yet she continued to serve the
military and dependent community.  Dr. Hilliard-Crawford complained to Ltc. Edwards and Col. Block about her
not being promoted despite outstanding performance evaluations and letters of commendation from patients and
others benefiting from and or observing her performance.  For over two years Col. Block has promised Dr. Hilliard-
Crawford that he would process the paperwork to promote her, but has failed to do so.  Dr. Hilliard-Crawford claims
discrimination under the Equal Pay Act.  She was best qualified for promotion to GS 14 in 1993 and best qualified
for promotion to GS 15 in 1995.  Despite her unquestioned qualifications, Dr. Hilliard-Crawford remains a GA 12.

# THE LAW OFFICE OF E. SCOTT FRISON, JR.
## Attorney at Law

*United States Supreme Court*                                  *U.S. District Court for District of Columbia*
*U.S. Court of Appeals for District of Columbia*               *U.S. District Court for Maryland*
*U.S. Court of Appeals Fourth Circuit*                         *U.S. Tax Court*
*U.S. Court of Appeals for the Armed Forces*                   *U.S. Bankruptcy Court*
*Court of Appeals for District of Columbia*

March 5, 2010

***Via First Class Mail***

The Honorable John M. McHugh
Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310-0101

> Re:   Hostile Work Environment (Race); Notice under Federal Tort Claims Act
>       (Whistleblower, Title U.S.C. § 2302(b)(8); Title VII, Title 5 U.S.C. 7702(e),
>       Title 42 U.S.C. § 1981, and Equal Pay Act.): Dr. Teresa Hilliard (Ltc.) v.
>       Colonel Dale K. Block & Ltc. Christine L. Edwards

Dear Secretary McHugh,

I represent Dr. Teresa Hilliard-Crawford, a career federal employee, podiatrist, assigned to DiLorenzo TRICARE Health Clinic, U.S. Army Medical Department, Pentagon. Dr. Hilliard-Crawford is a reserve Lieutenant Colonel (Ltc.) and has served the Nation in and out of uniform with distinction for over twenty years. Her most recent active duty deployment was in support of the Haiti Relief effort.

Dr. Hilliard-Crawford claims protection under the Whistleblower's Act for complaining about inappropriate and discriminatory behavior in the workplace. In retaliation she has been harassed, intimidated, and her career threatened. Dr. Hilliard-Crawford also claims violations of Title 42 U.S.C. § 1981, Title VII, and the Equal Pay Act.[1]

The claimed violations breach the terms of Dr. Hilliard-Crawford's employment contract but more egregious reflect aversely on the military institution which has worked tirelessly to purge itself of those comfortable discriminating against others.

---

[1] Dr. Hilliard-Crawford was hired in 1992 as a GS 12. Despite outstanding performance as a surgeon, department manager, and department staff officer, she remains a GS 12. During her twenty (+) years of service, she has observed less qualified non-minorities and male counterparts promoted past her, yet she continued to serve the military and dependent community. Dr. Hilliard-Crawford complained to Ltc. Edwards and Col. Block about her not being promoted despite outstanding performance evaluations and letters of commendation from patients and others benefiting from and or observing her performance. For over two years Col. Block has promised Dr. Hilliard-Crawford that he would process the paperwork to promote her, but has failed to do so. Dr. Hilliard-Crawford claims discrimination under the Equal Pay Act. She was best qualified for promotion to GS 14 in 1993 and best qualified for promotion to GS 15 in 1995. Despite her unquestioned qualifications, Dr. Hilliard-Crawford remains a GA 12.

TRANSMISSION VERIFICATION REPORT

```
                                            TIME    : 03/22/2010 06:37
                                            NAME    : E SCOTT FRISON JR
                                            FAX     : 3018056591
                                            SER.#   : BROK8F360766
```

```
          DATE,TIME                 03/22  06:24
          FAX NO./NAME              2027820977
          DURATION                  00:13:34
          PAGE(S)                   56
          RESULT                    NG
          MODE                      STANDARD
                                    ECM
```

NG: POOR LINE CONDITION / OUT OF MEMORY

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 03/22/2010 06:47
                                    NAME   : E SCOTT FRISON JR
                                    FAX    : 3018056591
                                    SER.# : BROK8F360766
```

```
        DATE,TIME              03/22  06:39
        FAX NO./NAME           2027820977
        DURATION               00:07:56
        PAGE(S)                22
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

| TRANSMISSION VERIFICATION REPORT |
| --- |

```
TIME   : 03/22/2010 06:52
NAME   : E SCOTT FRISON JR
FAX    : 3018056591
SER.# : BROK8F360766
```

| | |
| --- | --- |
| DATE,TIME | 03/22  06:50 |
| FAX NO./NAME | 2027820977 |
| DURATION | 00:01:11 |
| PAGE(S) | 04 |
| RESULT | OK * |
| MODE | PHOTO |
| | ECM |

* :COLOR FAX NOT AVAILABLE

# COVER PAGE

# THE LAW OFFICE OF E. SCOTT FRISON, JR.
## Attorney at Law

*United States Supreme Court*
*U S  Court of Appeals for District of Columbia*
*U S  Court of Appeals Fourth Circuit*
*U S  Court of Appeals for the Armed Forces*

*U S  District Court for District of Columbia*
*U S  District Court for Maryland*
*U S  Tax Court*
*U S  Bankruptcy Court*

*Court of Appeals for District of Columbia*

March 23, 2010

**Via Facsimile**

Department of the Army
Office of the Center Judge Advocate
Walter Reed Army Medical Center
Washington. DC 20307-5001
202-782-5808 (phone)
202-782-0977 (facsimile)

> Re:   Copies of: Motion for TRO, to Enjoin and Complaint

Dear Ms. Sneed,

Please find attached hereto the referenced filings for your information.  The United States Attorney and the Attorney General will be served.  I shall file a separate civil complaint against Colonel Block and Ltc. Edwards in their personal capacity.

Yours Truly,

E. Scott Frison, Jr., Esq.

1629 K. Street, NW. Ste. 300. Washington. D C. 20036
240-398-9283 (phone)     frisonlaw@aol.com     301-805-6591 (facsimile)

| TRANSMISSION VERIFICATION REPORT |

```
TIME   :  03/24/2010 05:33
NAME   :  E SCOTT ERISON JR
FAX    :  3019056591
SER.#  :  BROK8F360766
```

```
DATE,TIME         03/24  05:27
FAX NO./NAME      2027820977
DURATION          00:06:21
PAGE(S)           28
RESULT            OK
MODE              STANDARD
                  ECM
```

# THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Teresa Hilliard-Crawford<br>615 Quackenbos St., NW<br>Washington, DC 20011-1229 | )<br>)<br>)<br>) |
|        **Plaintiff,** | )<br>) |
|      **v.** | )   **Case No.** _____ |
| | ) |
| Honorable John M. McHugh<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101 | )<br>)<br>)<br>) |
| | ) |
|     **and** | )<br>) |
| United States of America | )<br>) |
|     **Defendants.** | )<br>) |

### MEMORANDUM IN SUPPORT OF MOTION FOR
### TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

Dr. Hilliard-Crawford has moved for a temporary restraining order and injunctive relief barring her termination pending court and EEO review of her allegations that her termination was in retaliation for her filing an EEO complaint against her supervisors, Lieutenant Colonel (Ltc.) Christine L. Edwards, and Colonel (Col.) Dale K. Block.

### BACKGROUND

The parties agree that Dr. Hilliard-Crawford is and has always been a Career Service employee. "A material change in duties **or** significant reduction in rank will constitute constructive discharge if unjustified." Brock v. Mutual Reports, Inc., 397 A.2d 149, 151 (D.C.App. 1979). The undisputed evidence at the complaint supports the allegation by Dr. Hilliard-Crawford that she has been subjected to workplace conditions that would constitute constructive discharge that is unjustified.

"Property interests are . . . created and their dimensions are defined by existing rules of understandings that stem from an independent source such as state law." Cleveland Bd. of Educ. v. Loudermill, 470 U.S. 532, 538, 105 S.Ct. 1487 (1985).

The courts have held that to "have a property interest in a benefit, a person clearly must have more than an abstract need or desire for it"; he must have "a legitimate claim of entitlement to it," created "by existing rules or understandings that stem from an independent source such as state law." Bd. of Regents v. Roth, 408 U.S. 564, 577, 92 S.Ct. 2701 (1972).  The fact that Dr. Hilliard-Crawford has been employed with the Civil Service for over twenty years gives her certain rights by way of her employment contract to a hearing before summary termination.  Accordingly, Dr. Hilliard claims a property interest by virtue of the fact that she is a career civil service employee who has filed a grievance against the very employer that now seeks to terminate her after orchestrating total disregard of her grievance.  The proposed termination without the opportunity to be heard constitutes a tangible employment action.

The United States Supreme Court spoke on what constitutes a tangible employment action at Burlington Industries, Inc. v. Ellerth, 524 U.S. 742 (1999), the Court defined tangible employment action" as:

> *A tangible employment action constitutes a significant change in employment status, such as hiring, firing, failing to promote, reassignment with significantly different responsibilities, or a decision causing a significant change in benefits.* (emphasis added).

The termination of Dr. Hilliard-Crawford without a hearing is also "[a] materially adverse change . . . indicated by a termination of employment, a demotion evidenced by a decrease in wage or salary, a less distinguished title, a material loss of benefits, significantly diminished material responsibilities, or other indices that might be unique to

2

a particular situation" or position of employment." Brown v. Chairman, 199 F.3d 446, 457 (D.C. Cir., 1999) citing Crady v. Liberty Nat. Bank & Trust Co. of Ind., 993 F.2d 132, 136 (C.A. 7 1993). The right to work in one's profession is fundamental to being an American and cannot be terminated without a showing of cause. This is especially so when the employee to be terminated has civil service tenure tights.

In the District of Columbia, defamation or some other form of stigmatization of a government employee may give rise to the right to procedural due process, if it is *accompanied by* "a discharge from government employment or at least a demotion in rank and pay," or *conjoined with* an official personnel action to "formally deprive[]" the employee of a legal right or "so severely impair[]" the employee's "ability to take advantage of a legal right" as practically to extinguish it. Grant v. District of Columbia, 908 A.2d 1173, 1180-81 (DC, 2006) citing Mosrie v. Barry, 231 U.S. App. D.C., 113, 123, 718 F.2d 1151, 1161 (1983). This is exactly what Colonel Block and Ltc. Edwards have done to Dr. Hilliard by their false accusations.

Colonel Block and Ltc. Edwards have stigmatized Dr. Hilliard-Crawford, cast a shadow on her exemplary career, and has given cause to her right to vindicate her good name in the community. The court has held that "[w]here a person's good name, reputation, honor or integrity is at stake because of what the government is doing to him, notice and an opportunity to be heard are essential." Board of Regents, 408 U.S. at 573, citing Wisconsin v. Constantineau, 400 U.S. 433, 437, 91 S. Ct. 507, 510 (1971).

For the reasons stated herein Dr. Hilliard-Crawford respectfully asks this court to enter a temporary restraining order to bar any adverse action against Dr. Hilliard-Crawford and to set a hearing, after April 2, 2010, but within 21 days to enjoin the

3

Department of the Army from terminating her until she has had an opportunity to be

heard as to the illegality of the termination.[1]

                                    Respectfully Submitted,

                                    E. Scott Frison, Jr., Esq.
                                    Bar No. 478092
                                    Law Firm of E. Scott Frison, Jr.
                                    1629 K. Street, NW Suite 300
                                    Washington, DC 20036
                                    240-398-9283
                                    frisonlaw@aol.com,

---

[1] Undersigned counsel will be out of the geographical area from March 25, 2010 to April 2, 2010.

# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Dr. Teresa Hilliard-Crawford )
615 Quackenbos St., NW )
Washington, DC 20011-1229 )
)
        **Plaintiff,** )
         **v.** )   **Case No. _____**
)
Honorable John M. McHugh )
Secretary of the Army )
101 Army Pentagon )
Washington, D.C. 20310-0101 )
)
        and )
)
United States of America )
)
        **Defendants.** )

## CERTIFICATE OF NOTICE PER LOCAL RULE 65.1

I, E. Scott Frison, Jr., Esq., counsel of record for Dr. Teresa Hilliard-Crawford,

HEREBY CERTIFY under penalty of perjury that the counsel of record for the

Department of the Army in the underlying dispute, Attorney Stephanie Sneed, has been

provided copies of the following:

1. Letter of Complaint forwarded to Secretary of the Army McHugh;

2. Copy of EEOC filing;

3. Copy of DA EEO complaint to Compliance and Review.

4. Notice of intent to file Civil action;

5. Copy of complaint and Motion for TRP and Injunctive relief to be filed on

March 23, 2010.[1]

Respectfully Submitted,

E. Scott Frison, Jr., Esq.
Bar No. 478092
Law Firm of E. Scott Frison, Jr.
1629 K. Street, NW Suite 300
Washington, DC 20036
240-398-9283
frisonlaw@aol.com,

---

[1] Undersigned counsel also called and discussed the case with Attorney Sneed.

2