UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
DR. TERESA HILLIARD-CRAWFORD  )
615 Quackenbos St., NW            )
Washington, D.C. 20011-1229       )
                                          )
       Plaintiff,                      )
                                          )
   v.                                    )   Civil Action No. 10-0484 (EGS)
                                          )
HONORABLE JOHN M. McHUGH   )
Secretary of the Army               )
101 Army Pentagon                   )
Washington, D.C. 20310-0101      )
                                          )
and                                       )
                                          )
UNITED STATES OF AMERICA      )
                                          )
       Defendants.                 )
_____)

## NOTICE OF APPEARANCE

       The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kathryn A. Donnelly as counsel for defendants in the above captioned case.

       Respectfully submitted,

       _____/s/_____
       KATHRYN A. DONNELLY
       Special Assistant United States Attorney
       Civil Division
       555 Fourth St., N.W.
       Washington, D.C. 20530
       202-353-9895 / FAX 202-514-8780