# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Teresa Hilliard-Crawford<br>615 Quackenbos St., NW<br>Washington, DC 20011-1229<br>**Plaintiff,**<br>v.<br><br>Honorable John M. McHugh<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>and<br><br>United States of America<br>**Defendants.** | Case No. <u>1:10-cv-00484</u> |

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

Counsel for the plaintiff, E. Scott Frison, Jr., Esquire, has moved to withdraw and for cause cites the court's inherent power to control its own calendar, to enter order to police proceedings and to affect the ends of justice.

Respectfully Submitted,

/s/
E. Scott Frison, Jr., Esq.
Bar No. 478092
1629 K St., NW, Ste. 300
Washington, D.C. 20036
Bar No. 478092
240-398-9283 (phone)

CERTIFICATE OF SERVICE

I HEREBY Certify that the Memorandum in Support of Motion to Withdraw was electronically filed on April 26, 2010.

/s/
E. Scott Frison, Jr., Esq.